IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NICHOLAS JAMES FERNOW,                                                    PLAINTIFF

v.                                    4:22CV00648-LPR-JTK

RODNEY WRIGHT, et al.                                                    DEFENDANTS

## ORDER

Having reviewed Nicholas James Fernow's ("Plaintiff") Amended Complaint (Doc. No. 10) for screening purposes,[1] the Court finds that service of Plaintiff's claims against Defendants Melissa Allen, Anthony Carter, and Doctor Tilley is appropriate.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summonses for Defendants Allen, Carter, and Tilley.  The United States Marshal shall serve a copy of the Amended Complaint (Doc. No. 10), Summons, and this Order on Defendants Allen, Carter, and Tilley without prepayment of fees and costs or security therefore.   Service for Defendants Allen, Carter, and Tilley should be attempted through Sweet Dewberry Hubbard, PLC, attn. A. Loy, 24 West Park Place, Oklahoma City, OK 73103.

IT IS SO ORDERED this 11th day of October, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act ("PLRA") requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee.   28 U.S.C. § 1915A(a).