IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NICHOLAS JAMES FERNOW**                                                                                          **PLAINTIFF**

v.                                            Case No. 4:22-CV-648-LPR

**RODNEY WRIGHT, et al.**                                                                                            **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition (PFRD) submitted by United States Magistrate Judge Jerome T. Kearney. (Doc. 13.) No objections have been filed and the time to do so has expired. After a careful and *de novo* review of the PFRD and the record, the Court concludes that the PFRD should be, and hereby is, approved and adopted in its entirety as this Court's findings in all substantive respects.

IT IS THEREFORE ORDERED THAT:

1.  Plaintiff's Motion for a Preliminary Injunction (Docs. 11 & 12) is DENIED without prejudice.[1]

2.  The pending Recommendation (Doc. 6) is DECLINED as moot in light of Plaintiff's Amended Complaint and second Motion for Preliminary Injunction.

Dated this 7th day of November 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Court finds that Plaintiff's earlier Motion for preliminary injunctive relief (Doc. 3) is moot, in light of the subsequent amendment of the Complaint and filing of a new request for preliminary injunctive relief.