**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

NICHOLAS JAMES FERNOW,                                              PLAINTIFF

v.                                    4:22CV00648-JTK

RODNEY WRIGHT, et al.                                              DEFENDANTS

## ORDER

Plaintiff James Fernow and Defendants Melissa Allen, Anthony Carter, and Absalom Tilley have filed a Joint Motion to Dismiss Plaintiff's claims with prejudice, as the parties have entered into a settlement agreement.   (Doc. No. 27).   The parties' Joint Motion (Doc. No. 27) is GRANTED.   Plaintiff's claims are DISMISSED with prejudice, subject to the terms of the settlement agreement.  This Court specifically retains jurisdiction to enforce the terms of the settlement agreement.

IT IS SO ORDERED this 7th day of March, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE