# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

NICHOLAS JAMES FERNOW,                                                         PLAINTIFF

v.                                          4:22CV00648-JTK

RODNEY WRIGHT, et al.                                                          DEFENDANTS

### Judgment

Based on an Order entered this date, this action is dismissed with prejudice.

Dated this 7th day of March, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE